IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:06cr124LG-JMR

CHARLIE V. WALKER

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi, without objection of defense counsel, hereby dismisses the Indictment in Criminal No. 1:06cr124LG-JMR against the defendant, CHARLIE V. WALKER, without prejudice.

DONALD R. BURKHALTER
United States Attorney

By: /s/ Alyssa D. Farrell
ALYSSA D. FARRELL
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal as to defendant CHARLIE V. WALKER.

SO ORDERED, this the 27th day of September, 2010.

HONORABLE LOUIS GUIROLA
UNITED STATES DISTRICT JUDGE